Order issued November 7 , 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01672-CV

AMERICAN NATIONAL DEVELOPMENT, L.P., ET AL., Appellants

V.

THE COLONY ASSETS DEVELOPMENT, L.L.C., Appellee

## ORDER

We **GRANT** the October 26, 2012 motion of Ronald E. Harden with the Law Offices of Ronald E. Harden, P.L.L.C. to withdraw as counsel for appellants, American National Development, L.P., Dibold American Development, LLC, and Bill Baldwin. We **DIRECT** the Clerk of this Court to remove Ronald E. Harden with the Law Offices of Ronald E. Harden, P.L.L.C. as counsel for appellants.

We **ORDER** appellants to notify the Court, within **THIRTY DAYS** of the date of this order, of the name, State Bar number, address, and telephone number of new counsel. We specifically notify appellants, American National Development, L.P. and Dibold American Development, LLC, that because they are corporations, they may only appear in this Court through an attorney. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). Accordingly, if we do not receive the information regarding new counsel within the time specified,

we will dismiss the appeal as to appellants, American National Development, L.P. and Dibold American Development, LLC. If the Court does not receive a response from appellant Bill Baldwin regarding new counsel within the time specified, the Court will assume Mr. Baldwin is proceeding pro se.

We **DIRECT** the Clerk of this Court to send a copy of this order by first class mail to appellants at the following address:

Mr. Bill Baldwin
4024 Treemont Circle
Colleyville, Texas 76034

_____
CAROLYN WRIGHT
CHIEF JUSTICE